Marcus H. Fox, Appellant, v. Annette S. Wise, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Rich, JJ., concurred; Burr and Carr, JJ., dissented.

Seamon Frank, Respondent, v. John W. Strohsahl and William C. Strohsahl, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Franklin Brewing Company, Appellant, v. Jacques M. Kohner, Respondent.— Order of the Municipal Court reversed, without costs, and motion granted to the extent of striking from the judgment as entered the amount therein provided for costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Loretta Irene Gallagher, as Executrix, etc., of Edward Joseph Gallagher, Deceased, Appellant, v. The Long Island Railroad Company, a Domestic Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks and Thomas, JJ., concurred; Hirschberg, P. J., and Carr, J., dissented on the ground that the proof offered to show the extent and condition of the traffic at the crossing should have been received.

William H. Hickin, Appellant, v. John E. Johnson, as Executor, etc., of John P. Johnson, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Burr and Carr, JJ., concurred; Thomas and Rich, JJ., dissented.

In the Matter of the Probate of the Alleged Last Will and Testament of Charles Dean Baldwin, Deceased.— Decree of the Surrogate's Court of Kings county affirmed, with costs, on the opinion of Ketcham, Surrogate. (Reported in 67 Misc. Rep. 329.) Hirschberg, P. J., Woodward, Burr and Rich, JJ., concurred; Jenks, J., taking no part.

In the Matter of the Petition of Ella F. Haring, Respondent, for the Appointment of Commissioners to Assess the Damage to Her Property Resulting from the Change of Grade of Main Street in the Village of Spring Valley, Rockland County, New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs, but without prejudice to any application that the respondent may be advised to make for amendment of the order whereby the commissioners were appointed. (See Matter of Bley v. Village of Hamburg, 84 App. Div. 23.) Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.